[No. 51147-5-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND RENAUD SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-04024-8, Anthony P. Wartnik, J., entered September 4, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox, C.J.; Becker J., dissenting.

[No. 51376-1-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD EARL GRANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-01585-5, Catherine D. Shaffer, J., entered October 11, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 51476-8-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DEAN KOEHLER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07369-5, Richard A. Jones, J., entered November 14, 2002. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker and Becker, JJ.

[No. 51555-1-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON ANDRE JOHNSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-00093-9, Steven C. Gonzalez, J., entered December 23, 2002. *Affirmed* by unpublished per curiam opinion.